```
 1  MELINDA HAAG (SBN 132612)
    United States Attorney
 2  ALEX G. TSE (SBN 152348)
    Chief, Civil Division
 3  STEVEN J. SALTIEL (SBN 202292)
    RAVEN M. NORRIS (SBN 232868)
 4  Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
 5  San Francisco, California  94102
    Telephone: (415) 436-6970
 6  Facsimile:  (415) 436-6748
    Steven.Saltiel@usdoj.gov
 7  Raven.Norris@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: CR 95-20070 RMW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAO Q. TRINH, | ) | |
| | ) | ~~(PROPOSED)~~ |
| Defendant. | ) | **ORDER REMITTING FINE** |
| | ) | |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $775.00, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: _____

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge